IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40621
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

JUAN CARLOS RUIZ,

                                          Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-00-CR-578-3
--------------------
May 8, 2002

Before DAVIS, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Juan Carlos Ruiz appeals from a guilty-plea conviction for smuggling an illegal alien in the United States in violation of 8 U.S.C. § 1324(a). Ruiz argues that the district court erred in adding eight levels to his base offense level for a death that occurred during the course of the offense. See U.S.S.G. § 2L1.1(b)(6)(4).

We review the district court's application of the Sentencing

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Guidelines <u>de</u> <u>novo</u> and findings of fact for clear error.  <u>See</u>

<u>United States v. Paul</u>, 274 F.3d 155, 161 (5th Cir. 2001).  The

record in Ruiz's case establishes by a preponderance of the

evidence that the eight-level increase was justified.  <u>See</u> <u>id.</u> at

164.  Accordingly, the judgment and sentence of the district

court is AFFIRMED.